United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-7194** **September Term, 2026**

**1:25-cv-03250-SLS**

**Filed On: September 18, 2026** [2193813]

In the Matter of: JPK NewCo, LLC,

------------------------------

Developer RE1, LLC and 423 Kennedy St Holdings, LLC,

Appellees

v.

JPK NewCo, LLC,

Appellant

**O R D E R**

The notice of appeal was filed on September 15, 2026, and docketed in this court on September 18, 2026. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 19, 2026 |
| Docketing Statement Form | October 19, 2026 |
| Entry of Appearance Form (Attorneys Only) | October 19, 2026 |
| Procedural Motions, if any | October 19, 2026 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 19, 2026 |
| Statement of Issues to be Raised | October 19, 2026 |
| Transcript Status Report | October 19, 2026 |
| Underlying Decision from Which Appeal or Petition Arises | October 19, 2026 |
| Dispositive Motions, if any | November 2, 2026 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 19, 2026 |
| Entry of Appearance Form (Attorneys Only) | October 19, 2026 |
| Procedural Motions, if any | October 19, 2026 |
| Dispositive Motions, if any | November 2, 2026 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)