NOT YET SCHEDULED FOR BRIEFING OR ORAL ARGUMENT

---

NO. 26-7194

---

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JPK NEWCO, LLC,

APPELLANT,

V.
DEVELOPER RE1, LLC, *ET AL.*,

APPELLEES.

---

ON APPEAL FROM AN ORDER OF THE
U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
IN CASE NO.: 1:25-CV-03250-SLS

---

**APPELLEES' CERTIFICATE AS TO**
**PARTIES, RULINGS, AND RELATED CASES**

Pursuant to the Court's order of September 18, 2026, counsel for Developer RE1, LLC ("RE1") and 423 Kennedy St Holdings, LLC ("423 Kennedy" and together with RE1, the "Appellees"), certify as follows:

**A. Parties**

Appellant is JPK NewCo, LLC. Appellees are Developer RE1, LLC and 423 Kennedy St Holdings, LLC.

## B. Rulings Under Review

Appellant noticed an appeal of the order (ECF # 24) issued on September 10, 2026 by the Honorable Sparkle L. Sooknanan in Case No. 25-3250-SLS (D.D.C.), vacating the D.C. Bankruptcy Court's Order denying the Appellees' Motion to Dismiss and remanding the case to the D.C. Bankruptcy Court for further proceedings.

## C. Related Cases

The following cases are related cases:

- *423 Kennedy St Holdings, LLC v. DP Capital, LLC d/b/a Washington Capital Partners, et al.,* Case No. 2023-CAB-004260 (D.C. Super. Ct.) consolidated with *Developer RE1, LLC v. DP Capital, LLC d/b/a Washington Capital Partners, et al.*, Case No. 2022-CAB-005935 (D.C. Super Ct.), first removed and known as Case. No. 24-AP-10023-ELG (Bankr. D.C.), and then removed again after remand and now known as Case. No. 25-AP-10037-ELG (Bankr. D.C.);
- *In Re JPK NewCo, LLC,* Case No. 24-00262-ELG (Bankr. D.C.);
- *In Re: JPK NewCo, LLC,* Case. No 25-00200-ELG (Bankr. D.C.);
- *JPK NewCo, LLC, et al., v. Developer RE1, LLC, et al.,* Case. No. 25-AP-10015-ELG (Bankr. D.C.);
- *In Re: JPK NewCo, LLC,* Case No. 1:25-mc-00160-AHA (D.D.C.);
- *In Re: JPK NewCo, LLC,* Case. No, 1:25-mc-00161-AHA (D.D.C.); and
- *In Re: JPK NewCo, LLC,* 1:25-cv-03250-SLS (D.D.C.).

DEVELOPER RE1, LLC AND 423 KENNEDY ST HOLDINGS, LLC,

Date: October 19, 2026

/s/ James D. Sadowski

James D. Sadowski (DC 446635)
GREENSTEIN DELORME & LUCHS, P.C.
801 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone: (202) 452-1400
Fax: (202) 452-1410
Email: jds@gdllaw.com

and

Jeremy S. Williams (DC 994825)
KUTAK ROCK LLP
1021 East Cary Street, Suite 810
Richmond, Virginia 23219
Telephone: (804) 644-1700
Facsimile: (804) 783-6192
Email: jeremy.williams@kutakrock.com

*Co-Counsel for Appellees Developer RE1, LLC and 423 Kennedy St Holdings, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of October, 2026, a copy of the foregoing Appellees' Certificate as to Parties, Rulings, and Related Cases was filed electronically and a copy should be served via a Notice of Docket Activity sent by the Court's CM/ECF system to the following person(s):

Maurice B. VerStandig, Esq.
mac@mbvesq.com
*Counsel for Appellant*

/s/ James D. Sadowski
James D. Sadowski